The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEGACY PRODUCTIONS LTD.<br><br>Plaintiff,<br><br>v.<br><br>U2 HOME ENTERTAINMENT, INC<br>d/b/a TAI SENG<br><br>Defendants. | Case No. 09–01822–MAT<br><br>CERTIFICATE OF SERVICE |

I, John E. Grant, hereby certify that on this 22nd day of January, 2010 I served the courts ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT to Defendant U2 Home Entertainment, Inc. by certified mail to its registered agent at the following address:

Kim Seng Soo
Registered Agent for U2 Home Entertainment, Inc.
180 South Spruce Ave, #250
South San Francisco, CA 94080

Certificate of Service
Case No. 09–01822–MAT

IMUA LEGAL ADVISORS
1752 NW Market St., # 211
Seattle, WA 98107
Tel 206-903-8182  Fax 206-903-8183

1 | I also sent same to Defendant's corporate counsel, Mason Tse, via email to:

2 | masontse@taiseng.com.

3

4

5 | /s/ John E. Grant                                    .
6 | John E. Grant, Esq. (WSBA # 39539)

7 | January 22, 2010

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 | Certificate of Service
   | Case No. 09–01822–MAT

IMUA LEGAL ADVISORS
1752 NW Market St., # 211
Seattle, WA 98107
Tel 206-903-8182  Fax 206-903-8183