The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEGACY PRODUCTIONS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>U2 HOME ENTERTAINMENT, et al.,<br><br>Defendants. | Case No. 2:09-cv-01822-MAT<br><br>**NOTICE OF APPEARANCE** |

To the Clerk:

Please enter the appearance of Eric S. Meltzer as an attorney of record for Plaintiff Legacy Productions Limited in the above-referenced action. Service of all electronic files should be to eric@imualaw.com.

Service of all papers by U.S. Mail should be addressed to:

> Eric S. Meltzer
> Imua Legal Advisors
> 1752 NW Market St., PMB 211
> Seattle, WA 98107
> (206) 903-8182 (phone)
> (206) 903-8183 (fax)

Notice of Appearance –
Case No. 2:09-cv-01822-MAT

IMUA LEGAL ADVISORS
1752 NW Market St., # 211
Seattle, WA 98107
Tel 206-903-8182  Fax 206-903-8183

Please address overnight and hand deliveries to:

>Eric S. Meltzer
>Imua Legal Advisors
>2026 NW Market St, Suite 202
>Seattle, WA 98107

Dated this 28th day of January, 2010

Respectfully Submitted,

   /s/ Eric S. Meltzer
Eric S. Meltzer, Esq. (WSBA # 40203)
Imua Legal Advisors
1752 NW Market St., #211
Seattle, WA 98107
email: eric@imualaw.com
Counsel for Plaintiff Legacy Productions Limited

Notice of Appearance –
Case No. 2:09-cv-01822-MAT

CERTIFICATE OF SERVICE

I, Eric S. Meltzer, hereby certify on the 28th day of January 2010, I have caused the foregoing NOTICE OF APPEARANCE to be presented to the clerk of the court for filing and uploading to the CM/ECF system.

__/s/ Eric S. Meltzer_____
Eric S. Meltzer

Notice of Appearance –
Case No. 2:09-cv-01822-MAT

IMUA LEGAL ADVISORS
1752 NW Market St., # 211
Seattle, WA 98107
Tel 206-903-8182  Fax 206-903-8183