The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEGACY PRODUCTIONS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>U2 HOME ENTERTAINMENT INC., et al.,<br><br>Defendants. | Case No. 09–01822–MAT<br><br>PRAECIPE FOR A SUMMONS |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

You will please issue a summons for U2 Home Entertainment, Inc.

/s/ Eric S. Meltzer                              .
Eric S. Meltzer, Esq. (WSBA # 40203)
Counsel for Plaintiff

February 1, 2010

Praecipe for a Summons

Case No. 09–01822–MAT

IMUA LEGAL ADVISORS
1752 NW Market St., # 211
Seattle, WA 98107
Tel 206-903-8182  Fax 206-903-8183

AO-WAWD 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| **LEGACY PRODUCTIONS LIMITED** ) | | |
| *Plaintiff* ) | | |
| v. ) | Civil Action No. 2:09-cv-01822-MAT | |
| **U2 HOME ENTERTAINMENT INC.** ) | | |
| *Defendant* ) | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kim Seng Soo
Registered Agent
180 South Spruce Ave #250
South San Francisco, CA 94080

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric S. Meltzer
Imua Legal Advisors
1752 NW Market St., PMB 211
Seattle, WA 98107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                   *Signature of Clerk or Deputy Clerk*