The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEGACY PRODUCTIONS LIMITED, a New Zealand Company, | No. 2:09-cv-01822-RAJ |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| U2 HOME ENTERTAINMENT, INC., a California corporation d/b/a TAI SENG ENTERTAINMENT, and DOES 1 through 100, | |
| Defendants. | |

TO:       Plaintiff above-named;

AND TO:   John Edward Grant and Eric Samuel Meltzer, IMUA Legal Advisors, Attorneys for Plaintiff

YOU AND EACH OF YOU will please take notice that the defendant, U2 Home Entertainment, Inc. d/b/a Tai Seng Entertainment, hereby appears in the above-entitled action and requests that all further papers and pleadings, except original process, be served upon the undersigned attorneys at the address below stated.

//

//

NOTICE OF APPEARANCE (2:09-CV-01822-RAJ) — 1
DWT 14143734v1 0050033-000131

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  DATED this 26th day of February, 2010.

Davis Wright Tremaine LLP
Attorneys for Defendant U2 Home
Entertainment, Inc. d/b/a Tai Seng Entertainment

By /s/ Stuart Dunwoody
Stuart R. Dunwoody, WSBA #13948

1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: (206) 757-8034
Fax: (206) 757-7034
Email: stuartdunwoody@dwt.com

NOTICE OF APPEARANCE (2:09-CV-01822-RAJ) — 2
DWT 14143734v1 0050033-000131

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2010, I caused to be filed electronically with the court using the CM/ECF system, which will send notification of such filing, and I served a true and correct copy of the following document by the method indicated below and addressed as follows:

NOTICE OF APPEARANCE

| | |
|---|---|
| John Edward Grant, III<br>Eric Samuel Meltzer<br>1752 N.W. Market Street<br>Seattle, WA 98107<br>Tel: (206) 903-8182<br>Email: john@imualaw.com<br>Email: eric@imualaw.com | ____ U.S. Mail<br>____ Hand Delivery<br>____ Overnight Mail<br>____ Facsimile<br>__x__ CM/ECF Notification<br>__x__ Email |

DATED this 26th day of February, 2010.

_____
Stuart R. Dunwoody

NOTICE OF APPEARANCE (2:09-CV-01822-RAJ) — 3
DWT 14143734v1 0050033-000131