The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEGACY PRODUCTIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> U2 HOME ENTERTAINMENT, INC et al., <br><br> Defendants. | Case No. 09–01822–RAJ <br><br> COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN (FRCP 26(F) AND CR 16) |

The Parties to the case provide the following summary pursuant to the Order of January 4, 2010, as later modified by the Court on March 1, 2010. All statements are agreed unless otherwise stated.

**1. Nature and complexity of the case**

This is a straightforward copyright infringement case concerning allegedly unauthorized distribution of the film "Bruce Lee's Jeet Kune Do."  The case also includes associated claims for falsification of copyright management information, removal of copyright management information, and trademark infringement.

Combined Joint Status Report and Discovery
Plan (FRCP 26(f) and CR 16)
Case No. 09–01822–RAJ

IMUA LEGAL ADVISORS
1752 NW Market St., # 211
Seattle, WA 98107
Tel 206-903-8182  Fax 206-903-8183

**2. ADR methods**

The Parties will employ CR 39.1 mediation.

**3. Timing of ADR**

Mediation should take place no later than the close of discovery.

**4. Deadline for joining additional parties**

June 29, 2010.

**5. Proposed discovery plan**

a. *Dates of Rule 26(f) Conference and Initial Disclosures*.

The FRCP 26(f) conference took place via telephone on April 5, 2010. The Parties have agreed to extend the deadline for FRCP 26(a) initial disclosures to April 30, 2010.

b. *Discovery*

The Parties anticipate discovery of the details of the creation and use by the Parties of the film "Bruce Lee's Jeet Kune Do." Discovery should not be conducted in phases or be limited to or focused on particular issues.

c. *Special limitations on discovery*

None.

d. *Management of discovery for economy*

The Parties have exchanged documents informally and expect to continue to do so. The Parties also agree to accept service by email of documents no longer than 50 pages.

e. *Other*

Defendant expects a protective order may be needed to shield confidential and proprietary information.

Combined Joint Status Report and Discovery
Plan (FRCP 26(f) and CR 16)
Case No. 09–01822–RAJ

IMUA LEGAL ADVISORS
1752 NW Market St., # 211
Seattle, WA 98107
Tel 206-903-8182  Fax 206-903-8183

**6. Date for completion of discovery**

September 30, 2010.

**7. Referral to a Magistrate Judge**

Not applicable.

**8. Bifurcation**

No.

**9. Dispensing with pretrial statements and orders**

No.

**10. Additional suggestions for shortening or simplifying**

None.

**11. Date the case will be ready for trial**

February 2011.

**12. Jury**

Plaintiff has demanded a jury trial.

**13. Number of trial days**

Four (4).

**14. Trial Counsel**

   a. *For Plaintiff*

John E. Grant III
Eric S. Meltzer
Imua Legal Advisors
1752 NW Market St., #211
Seattle, WA 98102
206-903-8182
Email: john@imualaw.com

Combined Joint Status Report and Discovery
Plan (FRCP 26(f) and CR 16)
Case No. 09–01822–RAJ

Email: eric@imualaw.com

    **b.**  *For Defendant*

Stuart Dunwoody
Ambika Doran
Davis Wright Tremaine LLP
1201 Third Avenue, #2200
Seattle, WA 98101
206-622-3150
Email: stuartdunwoody@dwt.com
Email: AmbikaDoran@dwt.com

**15. Service dates for additional parties**

    Not applicable.

**16. Scheduling conference prior to a scheduling order being entered**

    Neither party requests one.

    Signature page follows.

Combined Joint Status Report and Discovery Plan (FRCP 26(f) and CR 16)
Case No. 09–01822–RAJ

IMUA LEGAL ADVISORS
1752 NW Market St., # 211
Seattle, WA 98107
Tel 206-903-8182  Fax 206-903-8183

1  Dated this 13th day of April, 2010.

2

3  /s/     Eric S. Meltzer
   John E. Grant III (WSBA # 39539)
4  Eric S. Meltzer (WSBA # 40203)
   Imua Legal Advisors
5  1752 NW Market St., #211
   Seattle, WA 98102
6  206-903-8182
   Email: john@imualaw.com
7  Email: eric@imualaw.com
   Counsel for Plaintiff Legacy Productions Limited
8

9
   /s/     Ambika Doran
10 Stuart Dunwoody (WSBA # 13948)
   Ambika Doran (WSBA # 38237)
11 Davis Wright Tremaine LLP
   1201 Third Avenue, #2200
12 Seattle, WA 98101
13 206-622-3150
   Email: stuartdunwoody@dwt.com
14 Email: AmbikaDoran@dwt.com
   Counsel for Defendant U2 Home Entertainment, Inc.
15

16

17

18

19

20

21

22

23

24

25

26

27 Combined Joint Status Report and Discovery         IMUA LEGAL ADVISORS
   Plan (FRCP 26(f) and CR 16)                       1752 NW Market St., # 211
   Case No. 09–01822–RAJ                             Seattle, WA 98107
                                                     Tel 206-903-8182  Fax 206-903-8183